```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF HAWAI`I
```

| | |
|---|---|
| Ronald Satish Emrit, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Civ. No. 18-00443 ACK-KJM |
| | ) |
| Montevista Mental Hospital | ) |
| | ) |
| Defendants. | ) |

**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**

Findings and Recommendation having been filed and served on all parties on December 21, 2018, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Grant Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs and Dismiss the Complaint Without Prejudice" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawai`i, January 7, 2019



_____
Alan C. Kay
Sr. United States District Judge

Emrit v. Montevista Mental Hospital, Civ. No. 18-00443 ACK-KJM, Order Adopting Magistrate Judge's Findings and Recommendation.

1