AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Jan 07, 2019, 3:06 pm
SUE BEITIA, CLERK

| | |
|---|---|
| RONALD SATISH EMRIT, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | Case: CIVIL 18-0443-ACK-KJM |
| V. | |
| MONTEVISTA MENTAL HOSPITAL, | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII<br><br>January 7, 2019<br><br>At 4 o'clock and 40 min p.m.<br>SUE BEITIA, CLERK |
| Defendant. | |

[✓] **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Action is DISMISSED WITHOUT PREJUDICE.

JUDGMENT is entered as pursuant to and in accordance with the "FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFF'S APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS AND DISMISS THE COMPLAINT WITHOUT PREJUDICE" filed on December 21, 2018, as adopted by ORDER filed on January 7, 2019.

| | |
|---|---|
| January 7, 2019 | SUE BEITIA |
| Date | Clerk |
| | /s/ Sue Beitia by AC |
| | (By) Deputy Clerk |