UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAY 31 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| RONALD SATISH EMRIT, | No. 19-15435 |
|---|---|
| Plaintiff-Appellant, | D.C. No. 1:18-cv-00443-ACK-KJM |
| v. | District of Hawaii, Honolulu |
| MONTEVISTA MENTAL HOSPITAL, | ORDER |
| Defendant-Appellee. | |

Before: LEAVY, CALLAHAN, and BEA, Circuit Judges.

This court has reviewed the notice of appeal filed March 8, 2019 in the above-referenced district court docket pursuant to the pre-filing review order entered in docket No. 15-80221. Because this court lacks jurisdiction over this appeal, it shall not be permitted to proceed. *See* 28 U.S.C. § 2107(a); *United States v. Sadler*, 480 F.3d 932, 937 (9th Cir. 2007) (requirement of timely notice of appeal is jurisdictional); *see also In re Thomas*, 508 F.3d 1225 (9th Cir. 2007). Appeal No. 19-15435 is therefore dismissed.

This order, served on the district court for the District of Hawaii, shall constitute the mandate of this court.

No motions for reconsideration, rehearing, clarification, stay of the mandate, or any other submissions regarding this order shall be filed or entertained.

**DISMISSED.**

MF/Pro Se